1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NUSTAR PIPELINE COMPANY, LLC f/k/a KANEB PIPELINE COMPANY, LLC, and NUSTAR TERMINALS SERVICES, INC. f/k/a SUPPORT TERMINAL SERIVCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> INSURANCE COMPANY OF NORTH AMERICA, UNITED STATES FIDELITY AND GUARANTY COMPANY, and ILLINOIS UNION INSURANCE COMPANY, <br><br> Defendants. | Case No.: 3:12-cv-05336 <br><br> NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) <br><br> **CLERK'S ACTION REQUIRED** |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

Please take notice that defendant Illinois Union Insurance Company ("IUIC") hereby removes to this Court the state court action described below under 28 U.S.C. § 1441(b) on the basis of diversity jurisdiction:

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1302408\1 099994.000

**A.   This Is A Notice Of Removal Based On Diversity Of Citizenship For An Action Pending In The Superior Court Of Washington, In And For Clark County**

IUIC is a named defendant in a civil action filed in the Superior Court of Washington, in and for Clark County, styled *NuStar Pipeline Company, LLC et al v. Insurance Company of North America et al*, case number 12-2-01118-8 (the "state court action").

**B.   The State Court Action Was Commenced On March 23, 2012, And All Defendants Were Simultaneously Served On March 28, 2012**

The state court action was commenced on March 23, 2012, when that action was filed with the Clerk of the Superior Court for Clark County. A copy of that complaint is attached as Exhibit A to the Declaration of Brendan Winslow-Nason. In addition to the complaint, a complete copy of all documents filed in the state court proceeding as of the date of this notice of removal are submitted at Exhibit A to the Declaration of Brendan Winslow-Nason, pursuant to Local Rule ("LR") 101(b).

All of the defendants were served via statutory service of process on the Washington State Insurance Commissioner (the "Insurance Commissioner"). The Insurance Commissioner received a copy of the state court action on March 27, 2012, and simultaneously served all of the defendants on March 28, 2012. A copy of an e-mail from the Insurance Commissioner's office confirming the dates of service is attached as Exhibit B to the Declaration of Brendan Winslow-Nason.

**C.   The State Court Action Concerns An Amount In Controversy In Excess Of $75,000, And Involves Plaintiffs And Defendants Of Diverse Citizenship**

The state court action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendant IUIC pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1302408\1 099994.000

### 1. IUIC Has A Good Faith Basis To Believe That The Plaintiff Is Seeking Damages Of At Least $11.4 Million

Notwithstanding the fact that the prayer in the plaintiffs' complaint does not specify the dollar amount of the damages being sought, IUIC nevertheless has a good faith basis to believe that the amount in controversy is well in excess of $75,000. *See* LR 101(a). Attached to this notice of removal is the Declaration of Christine L. Haus. She is a claims professional for IUIC. As described in Ms. Haus's declaration, prior to bringing the state court action, the plaintiffs tendered the environmental claim that is the subject of the state court action. The plaintiff represented to Ms. Haus that their claim was worth $11.4 million, which is well in excess of the jurisdictional amount of $75,000.

### 2. The Plaintiffs Are Citizens Of Texas, Delaware, And South Dakota, Whereas The Defendants Are Citizens Of Connecticut, Illinois, And Pennsylvania

As set forth at Exhibits C and D to the Declaration of Brendan Winslow-Nason, the plaintiffs in the state court action are NuStar Pipeline Company, LLC, f/k/a Kaneb Pipeline Company, LLC ("NPC") and NuStar Terminals Services, Inc. f/k/a Support Terminal Serivces, Inc. ("NTS"). Plaintiff NTS is and was incorporated in Delaware in 1992, and maintains its principal place of business in San Antonio, Texas. NPC is and was formed in Delaware in 1971 as a limited liability company, and maintains its principal place of business in Yankton, South Dakota. NPC's sole stakeholder is NuStar Energy, LP ("NE"). NE is and was incorporated in Delaware in 2001, and maintains its principal place of business in San Antonio, Texas.

As set forth at Exhibits E through G to the Declaration of Brendan Winslow-Nason, the defendants to the state court action are the Insurance Company of North America ("INA"), United States Fidelity and Guaranty Company ("USF&G"), and IUIC. INA is and was incorporated in Pennsylvania in 1794, and maintains its principal place of business in Philadelphia, Pennsylvania. USF&G is and was incorporated in Connecticut in 2009, and maintains its principal place of business in Hartford, Connecticut. IUIC is and was

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1302408\1 099994.000

incorporated in Illinois in 2005, and maintains its principal place of business in Philadelphia, Pennsylvania.

**D.  All Of The Defendants – IUIC, INA, And USF&G – Have Consented To This Removal**

As discussed at paragraph 9 and documented at Exhibit H to the Declaration of Brendan Winslow-Nason, IUIC has contacted counsel for both INA and USF&G and has secured consent from the defendants to remove the state court action to federal court.

**E.  This Notice Of Removal Is Timely Filed With This Court, And IUIC Has Timely Notified The State Court Of This Removal**

This Notice of Removal is timely, in that it is being filed within thirty (30) days of receipt of service of the state court action on the defendants who were simultaneously served on March 28, 2012.[1]  Pursuant to 28 U.S.C. § 1446(d), IUIC is also concurrently and timely filing a copy of this Notice of Removal in the state court action.

DATED this 18th day of April, 2012.

COZEN O'CONNOR

By:   */s/ Brendan Winslow-Nason.*
Thomas M. Jones, WSBA #13141
Brendan Winslow-Nason, WSBA #39328
Attorneys for Defendant Illinois Union Insurance Company

---

[1] IUIC notes that the state court action may not be clearly removable on its face because (1) the state court action does not plead the citizenship of NPC's LLC members, and (2) the state court action does not plead the amount in controversy. Thus, the 30 day deadline for filing this removal may not have yet commenced.  Nonetheless, in abundance of caution, IUIC is submitting this removal notice within 30 days of service of the state court action and has established that there is diversity jurisdiction by way of the attached affidavits of Brendan Winslow-Nason and Christine L. Haus.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) - 4

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1302408\1 099994.000

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2012, I electronically filed the foregoing document with the Clerk of the Federal Court using their CM/ECF system.

I further certify, under penalty of perjury of the laws of the State of Washington, that the foregoing document was served upon the interested parties in the manner indicated below:

| Party | Service Method |
|---|---|
| **Plaintiffs NuStar Pipeline Company, LLC and NuStar Terminals Services, Inc.**<br><br>Stephen J. Tan, WSBA #22756<br>**CASCADIA LAW GROUP PLLC**<br>1201 Third Avenue, Suite 320<br>Seattle, WA  98101<br>DIRECT:  206-292-2657<br>stan@cascadialaw.com | [ ] U.S. Mail<br>[X] E-mail<br>[ ] Facsimile<br>[ ] Federal Express<br>[X] ABC Legal Messenger |
| J. Mark Lawless, Texas Bar #12041700<br>Pamella A. Hopper, Texas Bar #00793980<br>**MCGUIREWOODS LLP**<br>327 Congress Avenue, Suite 490<br>Austin, TX  78701<br>PHONE:  512-472-3067<br>mlawless@mcguirewoods.com<br>phopper@mcguirewoods.com<br><br>Thomas M. Farrell, Texas Bar #06839250<br>**MCGUIREWOODS LLP**<br>600 Travis Street, Suite 7500<br>Houston, TX  77002-2906<br>PHONE:  713-353-6677<br>tfarrell@mcguirewoods.com | [X] U.S. Mail<br>[X] E-mail<br>[ ] Facsimile<br>[ ] Federal Express<br>[ ] ABC Legal Messenger |
| **Defendant Insurance Company of North America**<br><br>**R. Lind Stapley, WSBA #19512**<br>**SOHA & LANG, P.S.**<br>1325 Fourth Avenue, **Suite 2000**<br>**Seattle, WA  98101**<br>PHONE:  206-624-1800<br>stapley@sohalang.com | [ ] U.S. Mail<br>[X] E-mail<br>[ ] Facsimile<br>[ ] Federal Express<br>[X] ABC Legal Messenger |

DECLARATION OF BRENDAN WINSLOW-NASON IN SUPPORT OF REMOVAL - 5

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1302408\1 099994.000

| | |
|---|---|
| **Defendant United States Fidelity and Guaranty Company**<br><br>**T. Arlen Rumsey, WSBA #19048**<br>**GORDON POLSCER**<br>1000 Second Avenue, Suite 1500<br>Seattle, WA  98104-1046<br>PHONE:  206-223-4226<br>arumsey@gordon-polscer.com | [ ] U.S. Mail<br>[X] E-mail<br>[ ] Facsimile<br>[ ] Federal Express<br>[X] ABC Legal Messenger |

      DATED this April 18, 2012

                            COZEN O'CONNOR

                            By:  */s/ Diane M. Finafrock*
                                 Diane M. Finafrock, Legal Assistant to
                                 Brendan Winslow-Nason

DECLARATION OF BRENDAN WINSLOW-NASON IN SUPPORT OF REMOVAL - 6

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1302408\1 099994.000