THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NUSTAR PIPELINE COMPANY, LLC f/k/a KANEB PIPELINE COMPANY, LLC, and NUSTAR TERMINALS SERVICES, INC. f/k/a SUPPORT TERMINAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INSURANCE COMPANY OF NORTH AMERICA, UNITED STATES FIDELITY & GUARANTY COMPANY, and ILLINOIS UNION INSURANCE COMPANY, <br><br> Defendants. | Case No.: 3:12-cv-05336 <br><br> STIPULATED MOTION & ORDER TO REMAND TO STATE COURT WITHOUT PREJUDICE AND WITHOUT AN AWARD OF FEES OR COSTS <br><br> NOTED ON MOTION CALENDAR: May 4, 2012 |

## **STIPULATED MOTION**

The parties voluntarily agree and stipulate to remand this matter back to state court, without an award of fees or costs to any party. By agreeing to this remand, the parties do not intend to prejudice any party's right to subsequently remove this matter back to federal court if there is a legal and procedural basis for doing so.

STIPULATED MOTION & ORDER TO REMAND TO STATE COURT WITHOUT PREJUDICE AND WITHOUT AN AWARD OF FEES OR COSTS - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1312928\1 321036.000

## **ORDER**

Based upon the stipulation of counsel for the parties,

IT IS HEREBY ORDERED that this matter is remanded to state court, without an award of fees or costs to any party. This order does not prejudice any party's right to subsequently remove this matter back to federal court if there is a legal and procedural basis for doing so.

DATED this ____ day of _____, 2012.

_____
The Honorable Robert J. Bryan
United States District Judge

Presented through stipulation by:

COZEN O'CONNOR

/s/ Thomas M. Jones
/s/ Brendan Winslow-Nason
Thomas M. Jones, WSBA #13141
Brendan Winslow-Nason, WSBA #39328
1201 Third Avenue, Suite 5200
Seattle, WA  98101-3071
PHONE: 206.340.1000
tjones@cozen.com
bwinslow-nason@cozen.com
Attorneys for Defendant Illinois Union Insurance Company


GORDON & POLSCER, LLC


/s/ T. Arlen Rumsey
T. Arlen Rumsey, WSBA #19048
1000 Second Avenue, Suite 1500
Seattle, WA  98104-1046
PHONE:  206-223-4226
arumsey@gordon-polscer.com
Attorneys for Defendant United States Fidelity and Guaranty Company

STIPULATED MOTION & ORDER TO REMAND TO
STATE COURT WITHOUT PREJUDICE AND WITHOUT
AN AWARD OF FEES OR COSTS - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1312928\1 321036.000

1  SOHA & LANG, P.S.

2

3  */s/ R. Lind Stapley*
   R. Lind Stapley, WSBA #19512
4  1325 Fourth Avenue, Suite 2000
   Seattle, WA 98101
5  PHONE: 206-624-1800
   stapley@sohalang.com
6  Attorneys for Defendant Insurance Company of North America

7

8  CASCADIA LAW GROUP PLLC

9

   */s/ Stephen J. Tan*
10 Stephen J. Tan, WSBA #22756
   1201 Third Avenue, Suite 320
11 Seattle, WA 98101
   PHONE: 206-292-2657
12 stan@cascadialaw.com
   Attorneys for Plaintiffs NuStar Pipeline Company, LLC and NuStar Terminals Services, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION & ORDER TO REMAND TO
STATE COURT WITHOUT PREJUDICE AND WITHOUT
AN AWARD OF FEES OR COSTS - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1312928\1 321036.000

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Plaintiffs NuStar Pipeline Company, LLC and NuStar Terminals Services, Inc.** | Stephen J. Tan, WSBA #22756<br>**CASCADIA LAW GROUP PLLC**<br>stan@cascadialaw.com<br>mliton@cascadialaw.com |
| **Defendant Insurance Company of North America** | R. Lind Stapley, WSBA #19512<br>**SOHA & LANG, P.S.**<br>stapley@sohalang.com<br>murray@sohalang.com<br>courtnotices@sohalang.com |
| **Defendant United States Fidelity and Guaranty Company** | T. Arlen Rumsey, WSBA #19048<br>**GORDON POLSCER**<br>arumsey@gordon-polscer.com<br>loverlie@gordon-polscer.com |

I hereby also certify that a copy was mailed via U.S. Mail to the following:

| | |
|---|---|
| J. Mark Lawless, Texas Bar #12041700<br>Pamella A. Hopper, Texas Bar #00793980<br>**MCGUIREWOODS LLP**<br>327 Congress Avenue, Suite 490<br>Austin, TX  78701<br>PHONE:  512-472-3067<br>mlawless@mcguirewoods.com<br>phopper@mcguirewoods.com | Thomas M. Farrell, Texas Bar #06839250<br>**MCGUIREWOODS LLP**<br>600 Travis Street, Suite 7500<br>Houston, TX  77002-2906<br>PHONE:  713-353-6677<br>tfarrell@mcguirewoods.com |

DATED this 4th day of May, 2012.

COZEN O'CONNOR

By: */s/ Diane M. Finafrock*
Diane M. Finafrock, Legal Assistant

STIPULATED MOTION & ORDER TO REMAND TO STATE COURT WITHOUT PREJUDICE AND WITHOUT AN AWARD OF FEES OR COSTS - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

SEATTLE\1312928\1 321036.000